# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:08-00108 |
| | ) | Judge Trauger |
| MICHAEL LEE NEWSOM, JR. | ) | |

## O R D E R

The defendant has filed, *pro se*, a Motion for Relief Under 18 U.S.C. § 3582(c)(2) (Docket No. 52), seeking relief under the crack cocaine amendment. On December 12, 2011, the Magistrate Judge appointed counsel for this defendant (Docket No. 51), apparently for the purpose of filing this petition on his behalf. It is hereby **ORDERED** that the Federal Public Defender shall file an appropriate petition for relief under the crack cocaine amendment by October 1, 2012.

It is so **ORDERED**.

ENTER this 18th day of September 2012.

_____
ALETA A. TRAUGER
U.S. District Judge